DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT ANTHONY CLINE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:10-CR-340 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** ) **AND EXCLUDING TIME** |
| ROBERT ANTHONY CLINE, | ) |
| Defendant. | ) Date:   September 21, 2010 ) Time:   9:30 a.m. ) Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
of America, and defendant, ROBERT ANTHONY CLINE, through their respective
attorneys, that the status conference scheduled for September 21, 2010,
may be continued to October 12, 2010, at 9:30 a.m.

This is a new case.  The defense seeks time to review discovery
provided by the government and to investigate the circumstances of Mr.
Cline's arrest, with an eye to possible pretrial motions.

///

///

1    To afford time to complete these tasks, the parties agree that time

2    under the Speedy Trial Act should be excluded through October 12, 2010,

3    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7    Dated:  September 15, 2010       /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for ROBERT ANTHONY CLINE
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12   Dated:  September 15, 2010       /s/ T. Zindel for J. Thomas
                                     JILL M. THOMAS
13                                   Assistant U.S. Attorney

14

15                              **O R D E R**

16       The status conference is continued to October 12, 2010, at 9:30 a.m.

17   The Court finds that time under the Speedy Trial Act shall be excluded

18   through that date in order to afford counsel reasonable time to prepare.

19   Based on the parties' representations, the Court finds that the ends of

20   justice served by granting a continuance outweigh the best interests of

21   the public and the defendant in a speedy trial.

22       IT IS SO ORDERED.

23

24   Dated:  September 15, 2010       /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
25                                   United States District Judge

26

27

28