DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ANTHONY CLINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> ROBERT ANTHONY CLINE,             )<br>                                   )<br>            Defendant.             )<br> _____    ) | No. 2:10-CR-340 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  October 12, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ROBERT ANTHONY CLINE, through their respective attorneys, that the status conference scheduled for October 12, 2010, may be continued to October 26, 2010, at 9:30 a.m.

   The defense seeks additional time to review discovery provided by the government and to investigate the circumstances of Mr. Cline's arrest, with an eye to a possible motion to suppress evidence. Also, the parties seek time to determine what kind of sentence the guidelines may recommend in the event of a conviction. To afford time to complete these

tasks, the parties agree that time under the Speedy Trial Act should be excluded through October 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 7, 2010         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ROBERT ANTHONY CLINE

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: October 7, 2010         /s/ T. Zindel for J. Thomas
                               JILL M. THOMAS
                               Assistant U.S. Attorney

## O R D E R

The status conference is continued to October 26, 2010, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 7, 2010         /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge