1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
ROBERT ANTHONY CLINE

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,           )  No. 2:10-CR-340 JAM
                                      )
14             Plaintiff,             )  **STIPULATION AND ORDER**
                                      )  **CONTINUING STATUS CONFERENCE**
15     v.                             )  **AND EXCLUDING TIME**
                                      )
16 ROBERT ANTHONY CLINE,              )
                                      )  Date:  October 26, 2010
17             Defendant.             )  Time:  9:30 a.m.
                                      )  Judge: Hon. John A. Mendez
18 _____    )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, ROBERT ANTHONY CLINE, through their respective
22 attorneys, that the status conference scheduled for October 26, 2010, may
23 be continued to December 7, 2010, at 9:30 a.m.
24     The defense seeks additional time to review discovery provided by
25 the government, to investigate the circumstances of Mr. Cline's arrest
26 (with an eye to a possible motion to suppress evidence), and to determine
27 Mr. Cline's guidelines in the event of a conviction.  Counsel for the
28 government will be in a jury trial beginning November 7 and continuing

1  through the end of the month.  To afford time to complete these tasks and
2  to assure continuity of counsel, the parties agree that time under the
3  Speedy Trial Act should be excluded through December 7, 2010, pursuant to
4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5                                         Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Defender
7

8  Dated:  October 21, 2010               /s/ T. Zindel
                                          TIMOTHY ZINDEL
9                                         Assistant Federal Defender
                                          Attorney for ROBERT ANTHONY CLINE
10

11                                        BENJAMIN B. WAGNER
                                          United States Attorney
12

13 Dated:  October 21, 2010               /s/ T. Zindel for J. Thomas
                                          JILL M. THOMAS
14                                        Assistant U.S. Attorney

15

16                               **O R D E R**

17     The status conference is continued to December 7, 2010, at 9:30 a.m.
18 The Court finds that time under the Speedy Trial Act shall be excluded
19 through that date in order to afford counsel reasonable time to prepare.
20 Based on the parties' representations, the Court finds that the ends of
21 justice served by granting a continuance outweigh the best interests of
22 the public and the defendant in a speedy trial.
23     IT IS SO ORDERED.
24

25 Dated:  October 22, 2010           _____
                                      /s/ John A. Mendez
26                                    HON. JOHN A. MENDEZ
                                      United States District Judge
27

28

Stip. in U.S.A. v. R. Cline          -2-