1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:10-CR-0340 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) TO SET BRIEFING SCHEDULE AND |
| ROBERT ANTHONY CLINE, | ) HEARING |
| Defendant. | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Robert Anthony Cline, through his counsel, Timothy Zindel, Esq., stipulate and agree to the following briefing schedule and hearing regarding the government's Opposition to the defendants motion to suppress evidence filed on December 27, 2010.  The hearing on this motion is currently set for January 18, 2011, at 9:30 a.m.:

   1. Government's Opposition shall be filed no later than January 25, 2011;

   2. Defendant's Reply shall be filed no later than February 1, 2011; and

3. Hearing on the motion to suppress set for February 8, 2011, at 9:30 a.m.

Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

DATED: January 7, 2011   By: /s/ Jill M. Thomas
                              JILL M. THOMAS
                              Assistant U.S. Attorney

DATED: January 7, 2011   By: /s/ Timothy Zindel
                              TIMOTHY ZINDEL
                              Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the briefing schedule is adopted.

DATED: 1/7/2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE