BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ANTHONY CLINE, <br><br> Defendant. | CR. NO. 2:10-CR-0340 JAM <br><br> STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO SUPPRESS |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Robert Anthony Cline, through his counsel, Timothy Zindel, Esq., hereby stipulate and agree that the hearing regarding the government's opposition to the defendants motion to suppress evidence, currently set for February 8, 2011, be continued to February 15, 2011.

1. Government's Opposition shall be filed no later than January 25, 2011;

2. Defendant's Reply shall be filed no later than February 1, 2011; and

1

3. Hearing on the motion to suppress set for February 8, 2011, at 9:30 a.m. be continued to February 15, 2011 at 9:30 a.m.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        Acting United States Attorney

DATED: January 19, 2011        By: /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

DATED: January 19, 2011        By: /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Attorney for Defendant

---

## **ORDER**

For the reasons set forth above, the hearing on the defendants motion to suppress, currently set for February 8, 2011, is continued to February 15, 2011 at 9:30 a.m.

DATED: 1/19/2011

                                        /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE