DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ANTHONY CLINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-340 JAM |
| Plaintiff, ) | **RELEASE ORDER** |
| v. ) | |
| ROBERT ANTHONY CLINE, ) | Date: February 22, 2011 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |

At a hearing on February 22, 2011, the government agreed to defendant's release on his own recognizance.

The Court, therefore, orders defendant released on his own recognizance.

Defendant is ordered to appear for status conference on March 22, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: February 22, 2011

HON. JOHN A. MENDEZ
United States District Judge