BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-10-0340 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RESETTING STATUS CONFERENCE/MOTION, |
| v. ) | HEARING, AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| ) | |
| ROBERT ANTHONY CLINE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Robert Anthony Cline, through his counsel of record, Timothy Zindel, Esq., hereby stipulate and agree that the status conference set for March 22, 2011, be continued to April 19, 2011, at 9:30 a.m.

     On February 22, 2011, the government filed a notice of appeal to the Ninth Circuit.  Therefore, the parties have agreed and respectfully request that the Court set the date of April 19, 2011, at 9:30 a.m., for the status conference.

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(c). This exclusion of time is due to a delay resulting from the interlocutory appeal.

IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: March 17, 2011        By:  /s/ Jill M. Thomas
                                              JILL M. THOMAS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

DATED: March 17, 2011        By:  /s/ Timothy Zindel
                                              TIMOTHY ZINDEL
                                              Attorney for Defendant
                                              ROBERT ANTHONY CLINE

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including April 19, 2011.

**IT IS SO ORDERED.**

DATED: 3/17/2011
                                              /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE