BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-340 JAM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS THE |
| ) | INDICTMENT AS TO DEFENDANT ROBERT |
| v. ) | CLINE |
| ) | |
| ROBERT CLINE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing, without prejudice, the indictment against defendant Robert CLINE pursuant to Federal Rule of Criminal Procedure 48(a).

On February 18, 2011, the district court suppressed evidence, which was dispositive to the government's prosecution of Mr. Cline. Thus, there is insufficient evidence to sustain a conviction against defendant Robert CLINE. Mr. Cline was released from custody pending the government's decision to appeal the district court's ruling.

///

///

1

1  Accordingly, the government moves to dismiss the indictment in
2 the above-entitled case.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED:  April 15, 2011          By:/s/ Jill Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-340 JAM |
| ) | |
| Plaintiff, ) | **ORDER DISMISSING THE INDICTMENT AS TO DEFENDANT ROBERT CLINE** |
| v. ) | |
| ROBERT CLINE, ) | |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The indictment in Case No. CR-S-10-340 JAM as to defendant Robert CLINE is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: April 15, 2011        /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             United States District Judge